**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

 CR 14 /  00191  /  1 and 2  PHX DGC      DATE: 12-18-15
Year    Case No.   Dft #

U.S. DISTRICT JUDGE: DAVID G. CAMPBELL

USA v.   Turi, Marc, et al.
          Last Name     First Name    Middle Initial
DEFENDANT: Present X   Not Present  X  Released  Custody   Writ

Deputy Clerk: Maureen Williams     Court Reporter Patricia Lyons

U.S Attorney:    Kristen Brook, Raymond Woo and Julie Edelstein [telephonically]

Jean-Jacques Cabou and Thomas Ryerson [pro bono]
      AFPD  X  Appointed    Retained

Interpreter:       Language:
==============================================================================
**Also present: Scooter Slade [appearing telephonically]**

**PROCEEDINGS**:   X  Open Court     SEALED

This is the time set for Status Conference re: Defendant's Motion for *Brady* material.  Discussion held.

IT IS ORDERED that the Government shall file with the Court no later than **December 23, 2015,** its proposal that either the CIPA Section 5 hearing should be conducted by the Court *in camera* to make all determinations concerning the use, relevance or admissibility of classified information or whether Government's counsel prefer to conduct the interviews and provide the Court with the report for review.


Hearing length: 37 minutes